WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-384-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HAROLD BROOME, JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's motion to reduce sentence pursuant to USSC Amendment 821. (Doc. No. 72).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

March 12, 2024

Max O. Cogburn Jr
United States District Judge